**E-FILED**

Thursday, 09 June, 2005  12:22:29 PM
Clerk, U.S. District Court, ILCD

**FILED**

# United States District Court

CENTRAL _____ DISTRICT OF _____ ILLINOIS    JUN - 9 2005

UNITED STATES OF AMERICA

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

v.

## CRIMINAL COMPLAINT

COURTNEY L. MORRIS  and ERICA TELLES

CASE NUMBER: 05 — 6025

I, the undersigned complainant duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about __June 8, 2005__ in Peoria county, in the Central District of Illinois the defendants (Track Statutory Language of Offense)

COURTNEY L. MORRIS and ERICA TELLES, knowingly possessed more than 50 grams of a mixture or substance containing cocaine base (crack) with intent to distribute

in violation of Title ___21___ United States Code, Section(s) _841(a)(1) and 841(b)(1)(A)_

I further state that I am a(n) __Task Force Officer - DEA__ and that this Complaint is based on the following facts:

SEE ATTACHMENT

Continued on the attached sheet and made a part hereof:       ☒ Yes       ☐ No

s/ John P. Couve

Signature of Complainant
John P. Couve
Task Force Officer - DEA

Sworn to before me and subscribed in my presence,

June 9, 2005 _____ at _____ Peoria, IL _____
Date                                              City and State

JOHN A. GORMAN
United States Magistrate Judge

/S/ John A. Gorman

Name & Title of Judicial Officer                    Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

Affiant, John P. Couve, being duly sworn, deposes and says:

Your Affiant, John P. Couve, is a Peoria Police Officer and has been employed since June 1987. Your affiant is currently assigned to the Peoria Police Special Investigation Division (SID) where he has approximately 9 years of experience. Along with tenure in the SID, affiant is assigned to the Special Response Team. During this time, affiant has been trained in the appearance, odor and packaging techniques concerning cannabis, cocaine, and/or heroin as well as other dangerous drugs. Affiant is currently assigned to DEA Springfield Resident office as a Task Force Officer.

1. On June 8, 2005, your affiant and members of the Peoria Police Department SID and DEA conducted surveillance on Courtney L. Morris, DOB 1/25/72. Officers of the SID Vice Unit observed Morris leave from his listed address 237 W. Virginia, Peoria, Illinois, at 12:23 p.m. Morris was carrying a black plastic bag. Morris parked in the alley behind 1020 W. Gift, Peoria, IL, the residence of Erica Telles, at 12:30 p.m. Officer Tim Moore observed Morris exit his vehicle at 12:31 p.m. Morris carried the black plastic bag into 1020 W. Gift through the back door. Morris remained inside the 1020 W. Gift residence for several minutes then exited the residence and returned to his vehicle. Morris returned carrying the black plastic bag and re-entered the back door of 1020 W. Gift. Morris remained within the residence until 1:14 p.m. when Officer Moore and Sgt. Jeffery Adams observed Morris leave in his vehicle.

2. Officers of the SID and DEA continued the mobile surveillance. Morris went through parking lots and side streets until he parked in the BP gas station lot on Knoxville and Lake at 1:24 p.m. Morris was observed entering the gas station and returning to his vehicle. Morris then backed up to the area of the gas station's trash dumpster. At approximately 1:34 p.m. DEA S/A Thomas Murphy observed Morris go on foot to the dumpster and place a gray bag-like item inside the dumpster. Morris immediately returned to his vehicle and left south on Knoxville. At 1:35 p.m. S/A Murphy and Sgt. Bainter immediately went to the dumpster and recovered the same gray bag-like item from the dumpster. Based on S/A Murphy's training and experience, he knew this bag to be packaging for 1 kilogram of powder cocaine. A white powder-like substance was found inside the bag. The white powder substance field tested positive for the presence of cocaine. No one went to the dumpster between the time Morris was at the dumpster and S/A Murphy and Sgt. Bainter recovered the cocaine packaging.

3. A vehicle stop was conducted of Morris on N. New York and East Pennsylvania, Peoria, IL where Morris was arrested.

4. At approximately 2:50 p.m. a black female later identified as Erica Telles, DOB 5/4/77, was observed exiting 1020 W. Gift. Telles rents the residence of 1020 W. Gift and resides alone at this address. Telles entered a vehicle parked in the driveway and departed. A vehicle stop was conducted on Telles on E. Kansas and N. California, Peoria, IL. and Telles was transported to PPD for further investigation.

5. Search warrants were obtained for 237 W. Virginia and 1020 W. Gift. Those search warrants

were served in late afternoon hours of June 8, 2005.  During the search of the 1020 W. Gift address approximately 1,003 grams of crack cocaine was located inside a black plastic bag resembling the black plastic bag that Morris was seen carrying into 1020 W. Gift.  Two digital scales were also seized from this residence.  During the search of 237 W. Virginia a semi automatic handgun and a shotgun were seized.  Also seized at the search warrant on Virginia was over $120,000 in U.S. currency.

6. Morris was advised of his constitutional rights per the *Miranda* decision.  Morris responded that he is his own source (of cocaine) and that he was ready to do his time.

7. At approximately 3:00 p.m., Telles was advised of her constitutional rights per the *Miranda* decision.  Telles stated that she believed that she might want an attorney.  At approximately 8:00 p.m., Telles was advised of her constitutional rights per the *Miranda* decision and agreed to speak with agents freely, voluntarily and without an attorney.  Telles stated that earlier in the day on June 8, 2005, she received a telephone call from Morris.  Morris told her to unlock the back door that he was on his way inside her residence.  When Morris arrived, Telles observed Morris in possession of a black plastic bag.  Morris remained at the residence for approximately 45 minutes.  Morris then left the residence.

Based upon the above mentioned facts, your affiant, John P. Couve, respectfully requests the court to issue an arrest warrant.

s/ John P. Couve

**Task Force Officer John P. Couve**
**Peoria Police Department assigned**
**to DEA**

Sworn to and subscribed to before me, this 9th day of June, 2005.

s/ John A. Gorman

**JOHN A. GORMAN**
**United States Magistrate Judge**
**Peoria, Illinois**