# United States District Court

CENTRAL DISTRICT OF ILLINOIS

**FILED**
JUL 19 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA
vs.

ERICA TELLES

## WARRANT FOR ARREST

CASE NO. 05-6025-02

TO:  THE UNITED STATES MARSHAL and any
AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest ____ERICA TELLES____, and bring her
                                          Name

forthwith to the nearest magistrate to answer a complaint charging her with possession of more than 50 grams of a

mixture or substance containing cocaine base (crack), a Schedule II controlled substance, with intent to distribute

in violation of Title ___21___ United States Code, Section(s) __841(a)(1) and 841(b)(1)(A)__

____JOHN A. GORMAN____         ____United States Magistrate Judge____
Name of Issuing Officer                       Title of Issuing Officer

/s/ John A. Gorman              6-9-05     at Peoria, Illinois
Signature of Issuing Officer        Date and Location

Bail fixed at $ __no bond__ by __John A. Gorman, United States Magistrate Judge__
                                    Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above named defendant at __Peoria, IL__

| | | | |
|---|---|---|---|
| Date Received | 6/9/05 | Name of Arresting Officer | |
| Date of Arrest | 6/9/05 | Title of Arresting Officer DEA | s/T. Carroll |